# NO. 12-23-00274-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *ASHLEY LEE LOVE,*<br>*APPELLANT* | § | *APPEAL FROM THE 402ND* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE STATE OF TEXAS,*<br>*APPELLEE* | § | *WOOD COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Ashley Lee Love filed a motion to dismiss this appeal. The motion is signed by Appellant and electronically signed by her counsel. *See* TEX. R. APP. P. 42.2(a); *see also* TEX. R. APP P. 9.1(c). No decision has been delivered in the appeal. Accordingly, we ***grant*** Appellant's motion and ***dismiss*** the appeal.

Opinion delivered March 28, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 28, 2024**

**NO. 12-23-00274-CR**

**ASHLEY LEE LOVE,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

---

Appeal from the 402nd District Court

of Wood County, Texas (Tr.Ct.No. 23,855-2019)

---

THIS CAUSE came to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed**, and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*